David Swan, Plaintiff-Appellant, v. Louis A. Dilonardo et al., Defendants-Appellees.

**Gen. No. 10,800.** 

Second District.
February 17, 1955.
Released for publication March 8, 1955.

Berry & Simons, for appellant; Raphael E. Yalden, for appellees.
Opinion by JUSTICE DOVE. **Not to be published in full.**